Lucy Fortugno, Appellant, v. Max S. Marshall, Respondent.— Judgment of the County Court of Westchester county reversed upon the law, and a new

trial ordered, costs to appellant to abide the event.   Facts sufficient to require submission of the cause to the jury were shown.   Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ., concur.